**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAVEN BARNES,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:26-1535** |
| **v.** | : | **(JUDGE MANNION)** |
| **JESSICA SAGE,** | : | |
| **Respondent** | : | |

## O R D E R

**NOW**, **THEREFORE**, upon consideration of Petitioner Shaven Barnes' ("Barnes") *pro se* petition for a writ of habeas corpus under 28 U.S.C. §2241, (**Doc. 1**), and the filing fee having recently been remitted, accordingly, **IT IS HEREBY ORDERED THAT**:

1. Barnes' petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), is **DEEMED FILED**.

2. The Clerk of Court is directed to **SERVE** a copy of Barnes' Section 2241 petition, (Doc. 1), and this Order on Respondent and the United States Attorney.

3. Respondent shall **SHOW CAUSE** within **fourteen (14) days** of the date of this Order why the Court should not grant Barnes' request for habeas corpus relief.

4. Barnes shall, if he so desires, file a reply to Respondent's response to this Show Cause Order within **fourteen (14) days** of the filing of the response.

- 2 -

5.    A determination as to whether Barnes shall be produced for a hearing will be held in abeyance pending the filing of a response.


                                    _s/ Malachy E. Mannion_
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**DATE: June 5, 2026**
26-1535-01